JACOB W. FRANK et al., Appellants, *v.* STEPHEN H. OLIN, Respondent.

*Frank* v. *Olin,* 83 Hun, 612, affirmed.
(Argued February 4, 1897; decided March 2, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the first judicial department, entered December 18, 1894, which overruled plaintiffs' exceptions ordered to be heard in the first instance at General Term and ordered judgment in favor of defendant upon a verdict directed by the court.

*L. Laflin Kellogg* and *Alfred C. Petté* for appellants.

*George L. Rives* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

SAMUEL S. EVANS, JR., for Himself and Others, Respondent, *v.* EDWARD H. SIMS et al., Appellants.

*Evans* v. *Sims,* 82 Hun, 396, affirmed.
(Argued February 4, 1897; decided March 2, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the third judicial department, entered December 4, 1894, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Frank S. Black* and *William W. Morrill* for appellants.

*Matthew Hale* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.